UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 29 P 12: 32
U.S. DISTRICT COURT
HARTFORD, CT.

------------------------------X
JOHN S. RIGHTON              :
          Plaintiff,         :
                             : CIVIL ACTION
   -vs-                      : NO.
                             : 302-CV-00892
CONSOLIDATED RAIL CORPORATION,        AVC
          Defendants         :
------------------------------X

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this case is dismissed with prejudice and without costs.

By their attorneys,

DATE: 1-26-04

Robert T. Naumes
**THORNTON & NAUMES LLP**
100 Summer St., 30th Fl.
Boston, MA  02110
(617) 720-1333
Attorney for Plaintiff
Federal Bar #CT09545

DATE: 1-27-04

Michael B. Flynn, Esquire
Flynn & Associates, P.C.
189 State Street, 6th fl.
Boston, MA  02109
Attorney for Defendant
(617) 722-8253